IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHY L. OAKES                          :        CIVIL ACTION
                                        :
            v.                          :
                                        :
                                        :
HENKELS and McCOY, et al.               :        No. 02-2749


**<u>ORDER</u>**

            AND NOW, this 27th day of June, 2002, defendant Commonwealth of

Pennsylvania, Department of Transportation's motion to dismiss[1] is granted as

uncontested.  Local Rule 7.1(c).


                                        _____

                                        Edmund V. Ludwig,  J.


---

[1] Served and filed on May 31, 2002.