*DAVIS, PARRY, TYLER & WRIGHT*
By: Christopher H. Wright, Esquire
Attorney I.D. No.: 27091
1525 Locust Street, 14th Floor
Philadelphia, PA 19102                           Attorney for Defendant Verizon
(215) 732-3755

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY L. OAKES** | : | Civil Action No. 02-2749 |
| | : | |
| vs. | : | |
| | : | |
| **HENKELS AND McCOY, et al** | : | |

### ANSWER OF DEFENDANT, VERIZON (FORMERLY KNOWN AS BELL ATLANTIC) TO NEW MATTER/CROSSCLAIM OF PGW

Denied. Verizon specifically denies liability to Plaintiff as well as denies joint and several liability and/or liability over to PGW for contribution or indemnification. Accordingly, all allegations of this crossclaim are denied.

WHEREFORE, Verizon demands judgment in its favor.

*DAVIS, PARRY, TYLER & WRIGHT*


By:_____
   **CHRISTOPHER H. WRIGHT, ESQUIRE**
   **Attorney for Defendant, Verizon**

## CERTIFICATE OF SERVICE

I, **Christopher H. Wright, Esquire**, hereby certify that a true and correct copy of the foregoing *Answer of Defendant, Verizon (formerly known as Bell Atlantic) to New Matter/Crossclaim of PGW* was served on the following counsel of record and unrepresented parties by first class U.S. mail, postage prepaid:

| | |
|---|---|
| Dennis E. Block, Esquire<br>***Block & Gatusso***<br>Washington Professional Campus<br>900 Route 168, Suite H1<br>Turnersville, NJ 08012 | Attorney for Plaintiff |
| Andrew L. Salvatore, Esquire<br>***Kelly, McLaughlin, Foster, Bracaglia,***<br>  ***Daly, Trabucco & White***<br>1617 J. F. Kennedy Blvd., Suite 1690<br>Philadelphia, PA 19103-1815 | Attorney for Henkels & McCoy |
| Robert C. Mickle, Jr., Esquire<br>***Kennedy, Walker & Lipski***<br>1818 Market Street, Suite 2510<br>Philadelphia, PA 19103 | Attorney for Danella Construction Co.<br>& Level 3 Communications |
| Conrad O. Kattner, Esquire<br>***PECO Energy Co. Legal Department***<br>2301 Market Street, P.O. Box 8699<br>Philadelphia, PA 19101-8699 | Attorney for PECO Energy Company<br>/ Exelon Communications |
| Eric J. Riso, Esquire<br>***Zeller & Bryant***<br>Woodcrest Pavilion<br>Ten Melrose Avenue, Suite 400<br>Cherry Hill, NJ 08003 | Attorney for City of Philadelphia |
| John O.J. Shellenberger, Esquire<br>***Office of Attorney General***<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Attorney for Pennsylvania Department<br>of Transportation |

Colette A. Pete, Esquire                    Attorney for Philadelphia Gas Works
***Philadelphia Gas Works***
800 W. Montgomery Avenue
Philadelphia, PA 19122

                                              ***DAVIS, PARRY, TYLER & WRIGHT***

                                           *By:*_____
                                              **CHRISTOPHER H. WRIGHT, ESQUIRE**
                                              **Attorney for Defendant, Verizon**

Date:   July 8, 2002