UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

DENNIS E. BLOCK
KENNETH S. BUTENSKY
COLETTE A. PETE
JOHN O.J. SHELLENBERGER
DAVID F. WHITE
ROBERT C. MICKLE
CHRISTOPHER H. WRIGHT
ERIC J. RISO

## AMENDED NOTICE OF SCHEDULING CONFERENCE
### (TIME CHANGE)

RE:   OAKES v. HENKELS & MCCOY, et al.
      CIVIL ACTION NO. 02-2749

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Tuesday, July 30, 2002 at 2:30 P.M. (Changed from 11:00 a.m.) in chambers, Room 12614.

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 23, 2002