**DAVIS, PARRY, TYLER & WRIGHT**
By: Christopher H. Wright, Esquire
Attorney I.D. No.: 27091
1525 Locust Street, 14th Floor
Philadelphia, PA 19102            Attorney for Defendant Verizon
(215) 732-3755

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY L. OAKES** | : | Civil Action No. 02-2749 |
| | : | |
| vs. | : | |
| | : | |
| **HENKELS AND McCOY, et al** | : | |

### ANSWER OF DEFENDANT, VERIZON (FORMERLY KNOWN AS BELL ATLANTIC) TO CROSSCLAIM OF CITY OF PHILADELPHIA

Denied. Verizon Pennsylvania Inc. specifically denies that it has liability to the Plaintiff or has liability by way of contribution and/or indemnification to any of the Co-Defendants.

WHEREFORE, Verizon Pennsylvania Inc. requests judgment in its favor.

*DAVIS, PARRY, TYLER & WRIGHT*


By:_____
   **CHRISTOPHER H. WRIGHT, ESQUIRE**
   **Attorney for Defendant, Verizon**

## CERTIFICATE OF SERVICE

I, **Christopher H. Wright, Esquire**, hereby certify that a true and correct copy of the foregoing *Answer of Defendant, Verizon (formerly known as Bell Atlantic) to Crossclaim of City of Philadelphia* was served on the following counsel of record and unrepresented parties by first class U.S. mail, postage prepaid:

| | |
|---|---|
| Dennis E. Block, Esquire<br>***Block & Gatusso***<br>Washington Professional Campus<br>900 Route 168, Suite H1<br>Turnersville, NJ 08012 | Attorney for Plaintiff |
| Andrew L. Salvatore, Esquire<br>***Kelly, McLaughlin, Foster, Bracaglia,<br>    Daly, Trabucco & White***<br>1617 J. F. Kennedy Blvd., Suite 1690<br>Philadelphia, PA 19103-1815 | Attorney for Henkels & McCoy |
| Robert C. Mickle, Jr., Esquire<br>***Kennedy, Walker & Lipski***<br>1818 Market Street, Suite 2510<br>Philadelphia, PA 19103 | Attorney for Danella Construction Co.<br>            & Level 3 Communications |
| Conrad O. Kattner, Esquire<br>***PECO Energy Co. Legal Department***<br>2301 Market Street, P.O. Box 8699<br>Philadelphia, PA 19101-8699 | Attorney for PECO Energy Company<br>    / Exelon Communications |
| Kenneth S. Butensky, Esquire<br>***City of Philadelphia Law Department***<br>One Parkway<br>1515 Arch Street<br>Philadelphia, PA 19102 | Attorney for City of Philadelphia |
| John O.J. Shellenberger, Esquire<br>***Office of Attorney General***<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Attorney for Pennsylvania Department<br>    of Transportation |

| | |
|---|---|
| Colette A. Pete, Esquire<br>***Philadelphia Gas Works***<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | Attorney for Philadelphia Gas Works |

            *DAVIS, PARRY, TYLER & WRIGHT*


            *By:*_____
             **CHRISTOPHER H. WRIGHT, ESQUIRE**
             **Attorney for Defendant, Verizon**

Date:   July 29, 2002