IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KATHY L. OAKES                    :              CIVIL ACTION
                                  :
        v.                        :
                                  :
HENKELS and MCCOY, et al.         :              NO. 02-2749


O R D E R


        AND NOW, this 16th day of October, 2002, defendant's

motion for sanctions is denied.

        This is not a total default in discovery.  In a

discovery dispute - if this is one - a motion for an order to

compel requires a joint submission.  See my statement of

scheduling policy.  Here, a telephone conference may be

appropriate.


                            _____
                            Edmund V. Ludwig,    J.