IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY OAKES | : | CIVIL ACTION |
| v. | : | |
| HENKELS AND MCCOY, et al. | : | NO. 02-2749 |

**N O T I C E**

October 21, 2002

      A telephone conference on discovery issues will be held on Thursday, October 24, 2002 at 2:45 p.m., plaintiff to initiate.

cc:  October 21, 2002 (KC)

DENNIS E. BLOCK
KENNETH S. BUTENSKY
ANDREW LOUIS SALVATORE
JOHN O.J. SHELLENBERGER
DAVID F. WHITE
ROBERT C. MICKLE
CHRISTOPHER H. WRIGHT

BY:_____
    Deputy Clerk
    Kathryne M. Crispell