IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY L. OAKES | : | CIVIL ACTION |
| vs. | : | |
| HENKELS AND MCCOY, DANNELIA CONSTRUCTION CORPORATION, LEVEL 3 COMMUNICATIONS, PECO ENERGY ENTERPRISE, EXELON COMMUNICATIONS, CITY OF PHILADELPHIA WATER, VERIZON, | : : : | |
| -------------------------------------------------- | : | |
| HENKELS AND MCCOY | : | |
| vs. | : | |
| CITY OF PHILADELPHIA WATER, DANNELIA CONSTRUCTION, EXELON COMMUNICATIONS, LEVEL 3 COMMUNICATIONS, PECO ENERGY, VERIZON | : : | NO. 02-2749 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Wednesday, December 18, 2002*. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

**\*Case continued from November 20, 2002
NO CONTINUANCE WILL BE GRANTED
WITHOUT COURT APPROVAL\***

By: _____
ADRIENNE MANN
Deputy Clerk
Phone: 267-299-7075

Date: October 25, 2002
Copies:   Kathryn Crispell, Courtroom Deputy to Judge Ludwig
         Docket Clerk - Case File Counsel: Dennis Block, David White, Robert Mickle, Jr.,
         Kenneth Butensky, Christopher Wright, Andrew Salvatore
         Arbitrators: Jonathan Schiffman, Lawrence Rosenwald, Robert Hafner

Case 2:02-cv-02749-EL    Document 40    Filed 10/25/2002    Page 2 of 2