IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHY L. OAKES                    :    CIVIL ACTION
                                  :
          v.                      :
                                  :
                                  :
HENKELS and McCOY, et al.         :    No. 02-2749

## ORDER

          AND NOW, this        day of December, 2002, plaintiff's motion for

sanctions is denied as premature. [1]

                              _____
                              Edmund V. Ludwig, J.

---

[1]  The predicate for a discovery sanction is willful violation of an order to compel.  Given that the action is scheduled for arbitration on December 18, 2002, outstanding discovery is to be completed forthwith.