IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHY L. OAKES         :  CIVIL ACTION
              :
   v.          :
              :
HENKELS and MCCOY, et al.  :  NO. 02-2749

## O R D E R

AND NOW, this 23rd day of December, 2002, in accordance with memorandum - order dated December 10, 2002,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants Henkels and McCoy, Inc., PECO Energy Company and Exelon Communications and against the plaintiff, Kathy L. Oakes.

             BY THE COURT

          ATTEST:
            Kathryne M. Crispell
            Deputy Clerk

Civ 1 (8/80)