IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KATHY L. OAKES                   :         CIVIL ACTION
                                 :
          v.                     :
                                 :
HENKELS and MCCOY, et al.        :         NO. 02-2749
```

O R D E R

AND NOW, this 23rd day of December, 2002, the Clerk is directed to mark this action closed for statistical purposes, pending stipulation of dismissal.

_____
Edmund V. Ludwig,    J.